```
THOMAS P. O'BRIEN                                    JS - 6
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Special Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0304
     Facsimile:    (213) 894-7177
     E-Mail: greg.parham@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $14,068.00 IN U.S. CURRENCY, ) <br> ) <br> Defendant. ) <br>_____) <br> ) <br> TONY O'KEEFE HARRIS, ) <br> ) <br> Claimant. ) <br>_____) | NO.  CV 08-1725 VBF(SHx) <br><br> **CONSENT JUDGMENT** |

This action was filed on March 13, 2008. Notice was given and published in accordance with law. Claimant Tony O'Keefe Harris ("claimant") filed a verified claim on April 30, 2008 and an answer

on May 16, 2008.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.

3. The claimant shall have judgment as to $14,068.00 in U.S. currency, together with all interest earned by the government on that amount since seizure.  Said funds shall be returned to claimant in care of his attorney, Joseph E. Rowland.  Said funds shall be forwarded by check made payable to "Tony O'Keefe Harris and Joseph E. Rowland," and shall be mailed to Joseph E. Rowland, Esq., 17592 Irvine Boulevard, Suite 204, Tustin, CA 92780.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency and this action, including, without limitation, any claim for attorney's fees and costs which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or

otherwise.

5. Plaintiff United States of America agrees that it will not seek to recover civil sanctions, attorney's fees or costs in connection with this action or the underlying seizure.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: <u>July 14, 2008</u>

*Valerie Baker Fairbank*
_____
THE HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

[Signatures of the attorneys appear on the next page]

**Approved as to form and content:**

Dated: July 9, 2008              THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

                                 __/s/_____
                                 P. GREG PARHAM
                                 Special Assistant United States Attorney
                                 Asset Forfeiture Section

                                 Attorneys for Plaintiff
                                 United States of America


Dated: July 9, 2008

                                 _/s/_____
                                 JOSEPH E. ROWLAND
                                 Attorney for Claimant
                                 TONY O'KEEFE HARRIS